# Exhibit 1

# United States Patent Office

934,915
Registered May 30, 1972

## PRINCIPAL REGISTER
## Trademark

Ser. No. 339,779, filed Oct. 6, 1969

## SWAROVSKI

D. Swarovski & Co., Glasschleiferei (Austrian firm)
Wattens (Tyrol), Austria

For: OPTICAL GLASS; TELESCOPIC SIGHTS; OPERA GLASSES AND BINOCULARS, in CLASS 26 (INT. CL. 9).

For: NATURAL AND IMITATION JEWELRY, CUT AND UNCUT SEMI-PRECIOUS STONES, BEADS FOR STRINGING INTO NECKLACES, OR FOR ATTACHING TO FABRICS FOR DECORATIVE PURPOSES, OF GLASS OR SYNTHETIC MATERIALS, BASE STONES, CLUSTERS OF CRYSTAL OR SYNTHETIC STONES IN THE FORM OF ROSES FOR DECORATIVE ON COVERING FABRICS OR GARMENTS, JEWELED BUTTONS FOR GARMENTS, CROSSES, JEWELS SET IN SYNTHETIC RESINS PROVIDED WITH A RIVET-LIKE APPENDAGE, OR WITH GLUED-ON RIVET LIKE METAL PIECES FOR DECORATIVE PURPOSES ON FABRICS OR GARMENTS, PENDANTS, SET OR LOOSE, PIERCED OR UNPIERCED, JEWEL ORNAMENTED SOUVENIR ARTICLES, JEWEL ORNAMENTED RIBBON OR TAPE FOR DECORATIVE PURPOSES FOR GARMENTS OR HOME FURNISHINGS, in CLASS 28 (INT. CL. 14).

For: GLASS MOSAICS, DECORATIVE AND FUNCTIONAL GLASS CONTAINERS OF MOSAIC DESIGNS OR JEWEL-ORNAMENTED—NAMELY, VASES, GLASSES, CUPS AND BOWLS, MOSAIC CUBES AND PLATES, GLASS MOSAIC SIGNS, GLASS MOSAICS—in CLASS 33 (INT. CL. 21).

Owner of Austrian Reg. No. 55,481, dated Aug. 19, 1965.

B. C. WASHINGTON, Examiner

Int. Cls.: 8, 11, 14, 18, 21 and 25

Prior U.S. Cls.: 2, 3, 23, 27, 33, 34 and 39

**United States Patent and Trademark Office**  Reg. No. 1,739,479
Registered Dec. 15, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## SWAROVSKI

SWAROVSKI AKTIENGESELLSCHAFT (LIECHTENSTEIN JOINT STOCK COMPANY)
ELASTENSTRASSE
FL 9495-TRIESEN, LIECHTENSTEIN

FOR: STAINLESS TABLE CUTLERY; NAMELY, KNIVES, FORKS, AND SPOONS, IN CLASS 8 (U.S. CL. 23).

FOR: LIGHTING ELEMENTS AND ELECTRIC CHANDELIERS AND THEIR GLASS PARTS, IN CLASS 11 (U.S. CL. 34).

FOR: GENUINE AND ARTIFICIAL GEMSTONES, JEWELRY AND PENDANTS FOR WATCH CHAINS, IN CLASS 14 (U.S. CL. 27).

FOR: ALL PURPOSE SPORTS BAGS AND HANDBAGS, IN CLASS 18 (U.S. CL. 3).

FOR: HOLLOW GLASSWARE, FRUITBOWLS, SCHNAPS GLASSES, TABLEWARE, GLASS CANDLE STICKS, IN CLASS 21 (U.S. CLS. 2 AND 33).

FOR: ARTICLES OF CLOTHING; NAMELY, PULLOVERS, SCARVES, BELTS, AND SHOES, IN CLASS 25 (U.S. CL. 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON LIECHTENSTEIN APPLICATION NO. 7295, FILED 3-11-1988, REG. NO. 7295, DATED 3-11-1988, EXPIRES 3-11-2008.

OWNER OF U.S. REG. NO. 1,433,772.

SEC. 2(F).

SER. NO. 73-741,321, FILED 7-21-1988.

STEPHEN JEFFRIES, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 2,402,230
Registered Nov. 7, 2000

## TRADEMARK
PRINCIPAL REGISTER

## SWAROVSKI

SWAROVSKI AKTIENGESELLSCHAFT (LIECHTENSTEIN JOINT STOCK COMPANY)
DROSCHISTRASSE 15
TRIESEN, LIECHTENSTEIN FL-9495

FOR: WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 7-1-1999; IN COMMERCE 9-1-1999.

OWNER OF U.S. REG. NOS. 934,915, 2,229,398 AND OTHERS.

SER. NO. 75-888,674, FILED 1-6-2000.

MIDGE BUTLER, EXAMINING ATTORNEY

Int. Cl.: **14**

Prior U.S. Cls.: **2, 27, 28 and 50**

Reg. No. **2,402,230**

**United States Patent and Trademark Office**    Registered Nov. 7, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## SWAROVSKI

SWAROVSKI AKTIENGESELLSCHAFT (LIECHTENSTEIN JOINT STOCK COMPANY)
DROSCHISTRASSE 15
TRIESEN, LIECHTENSTEIN FL-9495

  FOR: WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 7-1-1999; IN COMMERCE 9-1-1999.
OWNER OF U.S. REG. NOS. 934,915, 2,229,398 AND OTHERS.

SER. NO. 75-888,674, FILED 1-6-2000.

MIDGE BUTLER, EXAMINING ATTORNEY

Int. Cls.: 2, 3, 6, 8, 9, 11, 16, 18, 19, 20, 21, 24, 25, 26, 28, 34, 35 and 41

Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 8, 9, 11, 12, 13, 14, 16, 17, 21, 22, 23, 25, 26, 28, 29, 30, 31, 32, 33, 34, 36, 37, 38, 39, 40, 41, 42, 44, 50, 51, 52, 100, 101, 102 and 107

**United States Patent and Trademark Office**

Reg. No. 3,239,948
Registered May 8, 2007

## TRADEMARK
## SERVICE MARK
PRINCIPAL REGISTER

# SWAROVSKI

SWAROVSKI AKTIENGESELLSCHAFT (LIECHTENSTEIN JOINT-STOCK COMPANY)
DRÖSCHISTRASSE 15
FL-9495 TRIESEN, LIECHTENSTEIN

FOR: LACQUERS, IN CLASS 2 (U.S. CLS. 6, 11 AND 16).

FOR: COSMETICS, PERFUMES, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: HANDLES AND FITTINGS FOR DOORS AND DRAWERS, TOWEL RAILS, SHELF BRACKETS, EXTERIOR BLINDS, PARTITION WALL PANELS, ALL MENTIONED GOODS PRIMARILY OF COMMON METAL, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FOR: CUTLERY, NAMELY, KNIVES, SPOONS AND FORKS, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FOR: SPECTACLES AND SPECTACLE FRAMES, OPTICAL GLASSES, LENSES OF ALL KINDS, NAMELY, OPTICAL, EYEGLASS, MAGNIFYING, AND OPHTHALMIC SUNGLASS, AND CONTACTS; SUN GLASSES; OPTO-ELECTRICAL APPARATUS FOR DAY AND NIGHT OBSERVATION, RANGE FINDING, AIMING, IMAGE RECORDING AND INSPECTION, FINE MECHANICAL PARTS FOR OPTICAL MEASURING INSTRUMENTS; BINOCULARS; OPERA GLASSES, TELESCOPIC SIGHTS, MAGNIFYING GLASSES, OPTICAL MEASURING AND TESTING APPARATUS IN THE NATURE OF LENSOMETERS; COLLIMATORS, RIFLE SCOPES, OCULARS; WARNING TRIANGLES FOR VEHICLES, REFLECTORS FOR ROAD SAFETY, IN PARTICULAR REFLECTING SIGNALLING BOARDS AND ROAD SIGNS, REFLECTIVE SAFETY BANDS AND REFLECTIVE CLOTHING FOR PEDESTRIAN SAFETY, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: CHANDELIERS AND CHANDELIER PENDANTS, CHANDELIER PARTS OF GLASS; LIGHTING APPARATUS, NAMELY, BICYCLE LAMPS, CANDLE LAMPS, ARC LAMPS; REFLECTORS FOR VEHICLES; BATH AND KITCHEN FITTINGS FOR SINKS, BASINS, BATH TUBS AND SHOWERS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FOR: WRITING INSTRUMENTS, PAPER WEIGHTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: BOOK BAGS, ATHLETIC BAGS, HAND BAGS, SUITCASES, PURSES, WALLETS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: WALL TILES AND WOOD WALL PANELLING; GLASS GRANULATES FOR ROAD MARKING; NON-METAL PARTITION WALLS, IN CLASS 19 (U.S. CLS. 1, 12, 33 AND 50).

FOR: FURNITURE, IN PARTICULAR CLOSETS, ARMOIRES, SHOW-CASES, BEDS, SOFAS, CHAIRS, HALLSTANDS, RACKS, TROLLEY TABLES; CURTAIN RAILS, MIRRORS, FRAMES, NAMELY, MIRROR AND PICTURE FRAMES, WIND CHIMES AND DECORATIVE BEAD CURTAINS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: GLASSWARE, IN PARTICULAR STATUES, FIGURINES, DECORATIVE BOXES, VASES, CANDLE STICKS HOLDERS, HOLLOW DRINKING GLASSES, TABLEWARE, NAMELY, BOWLS, NAPKIN RINGS, TABLE UTENSILS, NAMELY, SKIMMERS AND KNIFE RESTS, ALL MENTIONED GOODS PRIMARILY OF GLASS; CUPHOLDERS OF METAL, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: TEXTILE GOODS, NAMELY, TABLE CLOTHES AND NAPKINS; UNFITTED FURNITURE COVERINGS OF TEXTILE OR PLASTIC,

CURTAINS OF TEXTILE OR PLASTIC, CUSHION COVERS, PLASTIC AND TEXTILE PLACE MATS, NAPKINS OF TEXTILE, BEDSPREADS, WALL PAPER OF TEXTILE, WALL HANGINGS OF TEXTILE, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: CLOTHING, IN PARTICULAR COATS, TROUSERS, JEANS, PULLOVERS, KNITTED TOPS, KNITTED SKIRTS, KNITTED JACKETS, T-SHIRTS, BLOUSES, SHAWLS, BELTS, MUFFS, GLOVES, TIGHTS, SCARVES, TIES, JACKETS; HEADGEARS, IN PARTICULAR HATS AND CAPS; FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: ORNAMENTS, NAMELY, SMALL METAL PLATES AND GLASS STONES ARRANGED IN MOTIVES ON A TRANSPARENT PLASTIC FOIL, WHICH ALSO INCLUDES TEXTILE, LEATHER AND METAL FOR DECORATIVE USE BY IRONING OR HOT PRESSING; BUTTONS FOR CLOTHING, SNAP FASTENERS, SPANGLES, JEWELRY HAIR BANDS, DECORATIVE HAIR BANDS, CLOTHING BUCKLES, LACE TRIMMING IN THE NATURE OF BORDERS AND EDGINGS FOR CLOTHING, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FOR: DECORATIONS FOR CHRISTMAS TREES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: SMOKING ARTICLES NOT INCLUDED IN OTHER CLASSES OF GLASS, IN PARTICULAR ASHTRAYS, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FOR: RETAIL STORE SERVICES, IN PARTICULAR FOR GEM STONES, JEWELRY, DECORATIVE ARTICLES PRIMARILY MADE OF GLASS, SPECTACLES, BAGS, CLOTHING, COSMETICS, LIGHTING APPARATUS AND FURNITURE; BUSINESS MANAGEMENT AND ORGANIZATION CONSULTANCY; SHOP WINDOW DRESSING SERVICES; ORGANIZATION OF EXHIBITIONS FOR COMMERCIAL OR ADVERTISING PURPOSES WITH RESPECT TO THE ABOVE-MENTIONED GOODS AND SERVICES; PUBLICITY AND SALES PROMOTION FOR OTHERS; ADVERTISING AGENCIES, IN PARTICULAR PRESENTATION OF GOODS OF OTHERS AT TRADE SHOWS AND EXHIBITS FOR ADVERTISING PURPOSES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: ENTERTAINMENT, EDUCATION AND CULTURAL ACTIVITIES, IN PARTICULAR ARRANGING AND CONDUCTING SEMINARS, WORKSHOPS, SYMPOSIUMS AND CONFERENCES, ORGANISATION OF EXHIBITIONS FOR CULTURAL OR EDUCATIONAL PURPOSES, ORGANISATION OF ENTERTAINMENT SHOWS, ORGANISATION OF FASHION SHOWS, PRESENTATION OF LIVE SHOW PERFORMANCES, MUSICAL BAND PERFORMANCES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 6-21-2004 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0857107 DATED 11-3-2004, EXPIRES 11-3-2014.

OWNER OF U.S. REG. NOS. 1,669,532, 2,402,230 AND OTHERS.

SER. NO. 79-013,516, FILED 11-3-2004.

LINDA ORNDORFF, EXAMINING ATTORNEY

# United States of America
### United States Patent and Trademark Office

# SWAROVSKI

**Reg. No. 3,864,495**  
**Registered Oct. 19, 2010**  
**Int. Cl.: 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

SWAROVSKI AKTIENGESELLSCHAFT (LIECHTENSTEIN JOINT STOCK COMPANY)
DRÖSCHISTRASSE 15
FL-9495 TRIESEN
LIECHTENSTEIN

FOR: PAPER, CARDBOARD AND GOODS MADE OF THESE MATERIALS, NOT INCLUDED IN OTHER CLASSES, NAMELY, PAPER RIBBONS; PACKING PAPER; BAGS, ENVELOPES AND POUCHES OF PAPER FOR PACKAGING; BOXES OF CARDBOARD OR PAPER; BOTTLE WRAPPERS OF CARDBOARD OR PAPER; PRINTED MATTER, NAMELY, GREETING CARDS, POSTERS, POSTCARDS, NEWSLETTERS, PAMPHLETS, CATALOGUES, HANDBOOKS, MANUALS, BOOKS AND PROSPECTUSES IN THE FIELDS OF JEWELRY, FASHION, DESIGN, INTERIOR DESIGN, ARCHITECTURE, LIGHTING, LIFESTYLE AND COSMETICS; BAGS, ENVELOPES AND POUCHES OF PLASTICS FOR PACKAGING; LABELS NOT OF TEXTILE, NAMELY, ADDRESS LABELS, BARCODE LABELS, AND STATIONERY LABELS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF INTERNATIONAL REGISTRATION 1026024 DATED 11-18-2009, EXPIRES 11-18-2019.

OWNER OF U.S. REG. NOS. 934,915, 3,239,948 AND OTHERS.

SER. NO. 79-077,730, FILED 11-18-2009.

JULIE VEPPUMTHARA, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# SWAROVSKI

| | |
|---|---|
| **Reg. No. 4,570,427** | SWAROVSKI AKTIENGESELLSCHAFT (LIECHTENSTEIN JOINT STOCK COMPANY) |
| **Registered July 22, 2014** | DRÖSCHISTRASSE 15 <br> FL-9495 TRIESEN <br> LIECHTENSTEIN |
| **Int. Cl.: 9** | |
| **TRADEMARK** | FOR: HEADPHONES, IN PARTICULAR STEREO HEADPHONES AND IN-EAR-HEAD-PHONES; MP3-PLAYERS, HANDHELD COMPUTERS, TABLET COMPUTERS, LAPTOP COMPUTERS, PERSONAL DIGITAL ASSISTANTS, GLOBAL POSITIONING SYSTEM (GPS) DEVICES, ELECTRONIC ORGANISERS, ELECTRONIC NOTE PADS, MOBILE TELEPHONES, CAMERAS, VIDEO CAMERAS; BLANK USB FLASH DRIVES; COMPUTER STYLUS FOR USE WITH TOUCH SCREENS; BAGS, CASES AND COVERS SPECIFICALLY DESIGNED FOR HEADPHONES, COMPUTERS, DIGITAL ASSISTANTS AND MOBILE TELEPHONES; OPTICAL LENSES FOR TELESCOPIC SIGHTS FOR FIRE ARMS, FIELD GLASSES AND SPY GLASSES; CAMERA LENSES; CASES ESPECIALLY MADE FOR PHOTOGRAPHIC APPARATUS; PROTECTIVE HELMETS FOR SPORTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38). |
| **PRINCIPAL REGISTER** | |

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 12-21-2012 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1171957 DATED 6-21-2013, EXPIRES 6-21-2023.

SER. NO. 79-134,676, FILED 6-21-2013.

JACQUELINE ABRAMS, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Int. Cls.: 8, 9, 11, 14, 18, 21 and 26

Prior U.S. Cls.: 2, 3, 21, 23, 26, 27, 28, 33, 40, 42 and 50

United States Patent and Trademark Office    Reg. No. 1,650,596
Registered July 16, 1991

## TRADEMARK
### PRINCIPAL REGISTER



SWAROVSKI AKTIENGESELLSCHAFT (LIECHTENSTEIN JOINT STOCK COMPANY)
ELASTINSTRASSE
FL-9495 TRIESEN, LIECHTENSTEIN

FOR: STAINLESS TABLE CUTLERY; NAMELY, KNIVES, SPOONS AND FORKS, IN CLASS 8 (U.S. CL. 23).

FOR: EYEGLASSES, IN CLASS 9 (U.S. CL. 26).

FOR: LIGHTING ELEMENTS AND ELECTRIC CHANDELIERS AND THEIR GLASS PARTS, IN CLASS 11 (U.S. CL. 21).

FOR: WATCHES AND PARTS THEREOF, AND GENUINE AND ARTIFICIAL GEMSTONES, JEWELRY AND PENDANTS FOR WATCH CHAINS, IN CLASS 14 (U.S. CLS. 27 AND 28).

FOR: ALL PURPOSE SPORTS BAGS AND HANDBAGS, IN CLASS 18 (U.S. CL. 3).

FOR: DECORATIVE ITEMS OF GLASS; NAMELY, ANIMAL FIGURES, FRUITS, FLOWERS, AND RAILWAY SETS; FRUIT BOWLS; SCHNAPS GLASSES; GLASS CANDLESTICKS, IN CLASS 21 (U.S. CLS. 2, 33 AND 50).

FOR: SMALL ORNAMENTS; NAMELY, GLASS GEMS, GLASS BUTTONS, METAL PLATELETS AND PLASTIC PARTS IN THE FORM OF MOTIFS AND RIBBONS ON TRANSPARENT PLASTIC SHEETING USED FOR DECORATIVE PURPOSES BY IRONING OR HOT-PRESSING ONTO TEXTILES, LEATHER AND METAL, IN CLASS 26 (U.S. CLS. 40, 42 AND 50).

OWNER OF LIECHTENSTEIN REG. NO. 7243, DATED 3-18-1988, EXPIRES 12-4-2007.

SER. NO. 73-730,755, FILED 5-25-1988.

STEVEN R. FINE, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 2,408,747

**United States Patent and Trademark Office**    Registered Nov. 28, 2000

## TRADEMARK
### PRINCIPAL REGISTER



SWAROVSKI AKTIENGESELLSCHAFT (LIECHTENSTEIN JOINT STOCK COMPANY)
DROSCHISTRASSE 15
TRIESEN, LIECHTENSTEIN FL-9495

FOR: WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 7-1-1999; IN COMMERCE 9-1-1999.

OWNER OF U.S. REG. NOS. 1,650,596, 1,669,532, AND 1,764,447.

THE MARK CONSISTS OF STYLIZED DESIGN OF A SWAN.

SER. NO. 75-888,600, FILED 1-6-2000.

GENE MACIOL, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 2,408,747

**United States Patent and Trademark Office**    Registered Nov. 28, 2000

## TRADEMARK
### PRINCIPAL REGISTER



SWAROVSKI AKTIENGESELLSCHAFT (LIECHTENSTEIN JOINT STOCK COMPANY)
DROSCHISTRASSE 15
TRIESEN, LIECHTENSTEIN FL-9495

   FOR: WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).
   FIRST USE 7–1–1999; IN COMMERCE 9–1–1999.

   OWNER OF U.S. REG. NOS. 1,650,596, 1,669,532, AND 1,764,447.
   THE MARK CONSISTS OF STYLIZED DESIGN OF A SWAN.

   SER. NO. 75–888,600, FILED 1–6–2000.

GENE MACIOL, EXAMINING ATTORNEY

Int. Cls.: 2, 6, 8, 9, 11, 18, 19, 20, 21, 24, 25, 28, 34, 35 and 41

Prior U.S. Cls.: 1, 2, 3, 6, 8, 9, 11, 12, 13, 14, 16, 17, 21, 22, 23, 25, 26, 28, 29, 30, 31, 32, 33, 34, 36, 38, 39, 40, 41, 42, 44, 50, 100, 101, 102 and 107

**United States Patent and Trademark Office**

Reg. No. 3,230,029
Registered Apr. 17, 2007

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



SWAROVSKI AKTIENGESELLSCHAFT (LIECHTENSTEIN JOINT STOCK COMPANY)
DRÖSCHISTRASSE 15
FL-9495 TRIESEN
LIECHTENSTEIN

FOR: LACQUERS, IN CLASS 2 (U.S. CLS. 6, 11 AND 16).

FOR: HANDLES AND FITTINGS FOR DOORS AND DRAWERS, TOWEL RAILS, SHELF BRACKETS, EXTERIOR BLINDS, PARTITION WALL PANELS, ALL MENTIONED GOODS PRIMARILY OF COMMON METAL, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FOR: CUTLERY, NAMELY, KNIVES, SPOONS AND FORKS, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FOR: SPECTACLES AND SPECTACLE FRAMES, OPTICAL GLASSES, LENSES OF ALL KINDS, NAMELY, OPTICAL, EYEGLASS, MAGNIFYING, AND OPHTHALMIC SUNGLASS, AND CONTACTS; SUN GLASSES; OPTO-ELECTRICAL APPARATUS FOR DAY AND NIGHT OBSERVATION, RANGE FINDING, AIMING, IMAGE RECORDING AND INSPECTION, FINE MECHANICAL PARTS FOR OPTICAL MEASURING INSTRUMENTS; BINOCULARS; OPERA GLASSES, TELESCOPIC SIGHTS, MAGNIFYING GLASSES, OPTICAL MEASURING AND TESTING APPARATUS IN THE NATURE OF LENSOMETERS; COLLIMATORS, RIFLE SCOPES, OCULARS; WARNING TRIANGLES FOR VEHICLES, REFLECTORS FOR ROAD SAFETY, IN PARTICULAR REFLECTING SIGNALING BOARDS AND ROAD SIGNS, REFLECTIVE SAFETY BANDS AND REFLECTIVE CLOTHING FOR PEDESTRIAN SAFETY, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: CHANDELIERS AND CHANDELIER PENDANTS, CHANDELIER PARTS OF GLASS; LIGHTING APPARATUS, NAMELY, BICYCLE LAMPS, CANDLE LAMPS, ARC LAMPS; REFLECTORS FOR VEHICLES; BATH AND KITCHEN FITTINGS FOR SINKS, BASINS, BATH TUBS AND SHOWERS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FOR: BOOK BAGS, ATHLETIC BAGS, HAND BAGS, SUITCASES, PURSES, WALLETS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: WALL TILES AND WOOD WALL PANELING; GLASS GRANULATES FOR ROAD MARKING; NON-METAL PARTITION WALLS, IN CLASS 19 (U.S. CLS. 1, 12, 33 AND 50).

FOR: FURNITURE, IN PARTICULAR CLOSETS, ARMOIRES, SHOW-CASES, BEDS, SOFAS, CHAIRS, HALLSTANDS, RACKS, TROLLEY TABLES; CURTAIN RAILS, MIRRORS, FRAMES, WIND CHIMES

AND DECORATIVE BEAD CURTAINS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: GLASSWARE, IN PARTICULAR STATUES, FIGURINES, DECORATIVE BOXES, VASES, CANDLE STICKS HOLDERS, HOLLOW DRINKING GLASSES, TABLEWARE, NAMELY, BOWLS, NAPKIN RINGS, TABLE UTENSILS, NAMELY, SKIMMERS AND KNIFE RESTS, ALL MENTIONED GOODS PRIMARILY OF GLASS; CUP HOLDERS OF METAL, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: TEXTILE GOODS, NAMELY, TABLE CLOTHES AND NAPKINS; UNFITTED FURNITURE COVERINGS OF TEXTILE OR PLASTIC, CURTAINS OF TEXTILE OR PLASTIC, CUSHION COVERS, PLASTIC AND TEXTILE PLACE MATS, NAPKINS OF TEXTILE, BEDSPREADS, WALL PAPER OF TEXTILE, WALL HANGINGS OF TEXTILE, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: CLOTHING, IN PARTICULAR KNITWEAR, COATS, TROUSERS, JEANS, PULLOVERS, T-SHIRTS, BLOUSES, SHAWLS, BELTS, MUFFS, GLOVES, TIGHTS, SCARVES, TIES, JACKETS; HEADGEAR, IN PARTICULAR HATS AND CAPS; FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: DECORATIONS FOR CHRISTMAS TREES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: SMOKING ARTICLES OF GLASS NOT INCLUDED IN OTHER CLASSES, IN PARTICULAR ASHTRAYS, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FOR: RETAIL STORE SERVICES, IN PARTICULAR FOR GEM STONES, JEWELRY, DECORATIVE ARTICLES PRIMARILY MADE OF GLASS, SPECTACLES, BAGS, CLOTHING, COSMETICS, LIGHTING APPARATUS AND FURNITURE; BUSINESS MANAGEMENT AND ORGANIZATION CONSULTANCY; SHOP WINDOW DRESSING SERVICES; ORGANIZATION OF EXHIBITIONS FOR COMMERCIAL OR ADVERTISING PURPOSES WITH RESPECT TO THE ABOVE-MENTIONED GOODS AND SERVICES; PUBLICITY AND SALES PROMOTION FOR OTHERS; ADVERTISING SERVICES, IN PARTICULAR, THE PRESENTATION OF GOODS OF OTHERS AT TRADE SHOWS AND CREATING EXHIBITS FOR ADVERTISING PURPOSES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: ENTERTAINMENT, EDUCATION AND CULTURAL ACTIVITIES, IN PARTICULAR ARRANGING AND CONDUCTING SEMINARS, WORKSHOPS, SYMPOSIUMS AND CONFERENCES, ALL THE FOREGOING IN THE FIELD OF SPORTS, JEWELRY, ARTS AND FASHION; ORGANIZATION OF EXHIBITIONS FOR CULTURAL OR EDUCATIONAL PURPOSES, ORGANIZATION OF ENTERTAINMENT SHOWS, ORGANIZATION OF FASHION SHOWS, PRESENTATION OF LIVE SHOW PERFORMANCES, MUSICAL BAND PERFORMANCES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

PRIORITY DATE OF 6-24-2004 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0867318 DATED 11-3-2004, EXPIRES 11-3-2014.

OWNER OF U.S. REG. NOS. 1,650,596 AND 2,408,747.

SER. NO. 79-017,465, FILED 11-3-2004.

ELI HELLMAN, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,864,494**
**Registered Oct. 19, 2010**
**Int. Cls.: 3 and 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

SWAROVSKI AKTIENGESELLSCHAFT (LIECHTENSTEIN JOINT STOCK COMPANY)
DRÖSCHISTRASSE 15
FL-9495 TRIESEN
LIECHTENSTEIN

FOR: PERFUMES AND SCENTED LINEN WATER; COSMETIC PREPARATIONS FOR SKIN CARE, IN PARTICULAR COSMETIC CREAMS AND LOTIONS FOR COSMETIC PURPOSES, EXCEPT COSMETIC PREPARATIONS FOR SKIN CARE IN PEN-LIKE BOTTLES; TOILETRIES, IN PARTICULAR DEODORANTS FOR PERSONAL USE; TOILET SOAPS, SHOWER GELS AND SHAMPOOS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: PAPER, CARDBOARD AND GOODS MADE OF THESE MATERIALS, NOT INCLUDED IN OTHER CLASSES, NAMELY, PAPER RIBBONS; PACKING PAPER; BAGS, ENVELOPES AND POUCHES OF PAPER FOR PACKAGING; BOXES OF CARDBOARD OR PAPER; BOTTLE WRAPPERS OF CARDBOARD OR PAPER; PRINTED MATTER, NAMELY, GREETING CARDS, POSTERS, POSTCARDS, NEWSLETTERS, PAMPHLETS, CATALOGUES, HANDBOOKS, MANUALS, BOOKS AND PROSPECTUSES IN THE FIELDS OF JEWELRY, FASHION, DESIGN, INTERIOR DESIGN, ARCHITECTURE, LIGHTING, LIFESTYLE AND COSMETICS; BAGS, ENVELOPES AND POUCHES OF PLASTICS FOR PACKAGING; LABELS NOT OF TEXTILE, NAMELY, ADDRESS LABELS, BARCODE LABELS, AND STATIONERY LABELS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

OWNER OF U.S. REG. NOS. 1,650,596, 2,408,747 AND OTHERS.

OWNER OF INTERNATIONAL REGISTRATION 1026023 DATED 11-18-2009, EXPIRES 11-18-2019.

THE MARK CONSISTS OF A STYLIZED SWAN DESIGN.

SER. NO. 79-077,729, FILED 11-18-2009.

JULIE VEPPUMTHARA, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# STARDUST

| | |
|---|---|
| **Reg. No. 4,916,075** | SWAROVSKI AKTIENGESELLSCHAFT (LIECHTENSTEIN JOINT STOCK COMPANY) |
| **Registered Mar. 15, 2016** | DRÖSCHISTRASSE 15<br>FL-9495 TRIESEN<br>LIECHTENSTEIN |
| **Int. Cl.: 14** | FOR: JEWELRY; GENUINE AND COSTUME JEWELRY; BRACELETS; BANGLES; NECK-LACES; PENDANTS; EARRINGS; RINGS BEING JEWELRY; BROOCHES; CHARMS BEING PERSONAL JEWELRY; JEWELRY ORNAMENTS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50). |
| **TRADEMARK** | |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | PRIORITY DATE OF 12-9-2014 IS CLAIMED. |
| | OWNER OF INTERNATIONAL REGISTRATION 1259172 DATED 6-8-2015, EXPIRES 6-8-2025. |
| | SER. NO. 79-170,090, FILED 6-8-2015. |
| | BERNICE MIDDLETON, EXAMINING ATTORNEY |



Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.