IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SWAROVSKI AKTIENGESELLSCHAFT and SWAROVSKI NORTH AMERICA LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>XUXTRADE.TOP, et al.,<br><br>Defendants. | Case No. 19-cv-06568<br><br>**Judge John Z. Lee**<br><br>**Magistrate Judge Sunil R. Harjani** |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiffs Swarovski Aktiengesellschaft and Swarovski North America Limited (collectively, "Swarovski" or "Plaintiffs") against the defendants identified on Schedule A, and using the Defendant Domain Names and Online Marketplace Accounts (collectively, the "Defendant Internet Stores"), and Swarovski having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto, with the exception of Defendant Rosediy Official Store, (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Swarovski a temporary restraining order and preliminary injunction against Defaulting Defendants which included a domain name transfer order and asset restraining order;

Swarovski having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the

1

pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Amended Complaint or otherwise plead, and the time for answering the Amended Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Internet Stores through which Illinois residents can purchase products using infringing and counterfeit versions of the SWAROVSKI Trademarks (a list of which is included in the below chart):

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 934,915 | SWAROVSKI | For: Natural and imitation jewelry, cut and uncut semi-precious stones, beads for stringing into necklaces, or for attaching to fabrics for decorative purposes, of glass or synthetic materials, clusters of crystal or synthetic stones in the form of roses for decorative use on covering fabrics or garments, jeweled buttons for garments, crosses, pendants set or loose, pierced or unpierced, jewel ornamented souvenir articles, jewel ornamented ribbon or tape for decorative purposes for garments or home furnishings in class 008.<br><br>For: Decorative and functional glass containers, jewel-ornamented glasses in class 019. |
| 1,739,479 | SWAROVSKI | For: Lighting elements and their glass parts in class 011.<br><br>For: Genuine and artificial gemstones, jewelry in class 014.<br><br>For: All purpose handbags in class 018. |

| | | |
|---|---|---|
| | | For: Glass candle sticks in class 021. |
| 2,402,230 | SWAROVSKI | For: Watches in class 014. |
| 3,239,948 | SWAROVSKI | For: Cosmetics, perfumes in class 003.<br><br>For: Handles and fittings for doors and drawers, partition wall panels, all mentioned goods primarily of common metal in class 006.<br><br>For: Spectacles and spectacle frames, sun glasses; opto-electrical apparatus for day and night observation, range finding, aiming, image recording and inspection, fine mechanical parts for optical measuring instruments; binoculars; telescopic sights, magnifying glasses, rifle scopes, oculars in class 009.<br><br>For: Chandeliers and chandelier pendants, chandelier parts of glass; bath and kitchen fittings for sinks, basins, bath tubs and showers in class 011.<br><br>For: Writing instruments in class 016.<br><br>For: Hand bags, purses, wallets in class 018.<br><br>For: Mirrors, frames, namely, mirror and picture frames in class 020.<br><br>For: Glassware, in particular figurines, decorative boxes, vases, candle sticks holders, hollow drinking glasses, tableware, namely, bowls, napkin rings, all mentioned goods primarily of glass in class 021.<br><br>For: Clothing, in particular gloves, jeans in class 025.<br><br>For: Ornaments, namely, small metal plates and glass stones arranged in motives on a transparent plastic foil, which also includes textile, leather and metal for decorative use by ironing or hot pressing; buttons for clothing, snap fasteners, spangles, jewelry hair bands, decorative hair bands, clothing buckles in class 026.<br><br>For: Decorations for Christmas trees in class 028.<br><br>For: Retail store services, in particular for gem |

| | | |
|---|---|---|
| | | stones, jewelry, decorative articles primarily made of glass, spectacles, bags, lighting apparatus; organization of exhibitions for commercial or advertising purposes with respect to the above-mentioned goods and services; publicity and sales promotion for others in class 035.<br><br>For: Entertainment, education and cultural activities, in particular arranging and conducting seminars, workshops, symposiums and conferences, organisation of exhibitions for cultural or educational purposes, organisation of entertainment shows, organisation of fashion shows, presentation of live show performances, musical band performances in class 041. |
| 3,864,495 | SWAROVSKI | For: Printed matter, namely, greeting cards, posters, postcards, newsletters, pamphlets, catalogues, handbooks, manuals, books and prospectuses in the fields of jewelry, fashion, design, interior design, architecture, lighting, lifestyle and cosmetics in class 016. |
| 4,570,427 | SWAROVSKI | For: Headphones, in particular stereo headphones and in-ear-headphones; MP3-players, handheld computers, tablet computers, laptop computers, personal digital assistants, global positioning system (GPS) devices, electronic organisers, electronic note pads, mobile telephones, cameras, video cameras; blank USB flash drives; computer stylus for use with touch screens; bags, cases and covers specifically designed for headphones, computers, digital assistants and mobile telephones; optical lenses for telescopic sights for fire arms, field glasses and spy glasses; camera lenses; cases especially made for photographic apparatus; protective helmets for sports in class 009. |
| 4,916,075 | STARDUST | For: Jewelry; genuine and costume jewelry; bracelets; bangles; necklaces; pendants; earrings; rings being jewelry; brooches; charms being personal jewelry; jewelry ornaments in class 014. |

| | | |
|---|---|---|
| 1,650,596 | | For: Eyeglasses in class 009.<br><br>For: Lighting elements and their glass parts in class 011.<br><br>For: Watches and parts thereof, jewelry in class 014.<br><br>For: All purpose handbags in class 018.<br><br>For: Decorative items of glass, namely, animal figures, flowers, fruit bowls; glass candlesticks in class 021. |
| 2,408,747 | | For: Watches in class 014. |
| 3,230,029 | | For: sun glasses in class 009.<br><br>For: Chandeliers and chandelier pendants in class 011.<br><br>For: hand bags, purses, wallets in class 018.<br><br>For: mirrors and frames in class 020.<br><br>For: Glassware, in particular figurines, decorative boxes, vases, candle sticks holders, hollow drinking glasses, tableware, namely, bowls, napkin rings, all mentioned goods primarily of glass in class 021.<br><br>For: Clothing, in particular gloves in class 025.<br><br>For: Decorations for Christmas trees in class 028.<br><br>For: Retail store services, in particular for gem stones, jewelry, decorative articles primarily made of glass, spectacles, bags, lighting apparatus; organization of exhibitions for commercial or advertising purposes with respect to the above-mentioned goods and services; publicity and sales promotion for others; in class 035. |

| | | |
|---|---|---|
| | | For: Entertainment, education and cultural activities, in particular arranging and conducting seminars, workshops, symposiums and conferences, all the foregoing in the field of jewelry, arts and fashion; organization of exhibitions for cultural or educational purposes, organization of entertainment shows, organization of fashion shows, presentation of live show performances in class 041. |
| 3,864,494 | *(swan logo)* | For: Printed matter, namely, greeting cards, posters, postcards, newsletters, pamphlets, catalogues, handbooks, manuals, books and prospectuses in the fields of jewelry, fashion, design, interior design, architecture, lighting, lifestyle and cosmetics in class 016. |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, *et seq.*).

IT IS HEREBY ORDERED that Swarovski's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the SWAROVSKI Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine

Swarovski branded product or not authorized by Swarovski to be sold in connection with the SWAROVSKI Trademarks;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Swarovski branded product or any other product produced by Swarovski, that is not Swarovski's or not produced under the authorization, control or supervision of Swarovski and approved by Swarovski for sale under the SWAROVSKI Trademarks;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Swarovski, or are sponsored by, approved by, or otherwise connected with Swarovski;

d. further infringing the SWAROVSKI Trademarks and damaging Swarovski's goodwill; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Swarovski, nor authorized by Swarovski to be sold or offered for sale, and which bear any of Swarovski's trademarks, including the SWAROVSKI Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within three (3) business days of receipt of this Order, shall, at Swarovski's choosing:

a. permanently transfer the Defendant Domain Names to Swarovski's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of Swarovski's selection; or

b. disable the Defendant Domain Names and make them inactive and untransferable.

3. The domain name registrars, including, but not limited to, GoDaddy Operating Company, LLC ("GoDaddy"), Name.com, PDR LTD. d/b/a PublicDomainRegistry.com ("PDR"), and Namecheap Inc. ("Namecheap"), within three (3) business days of receipt of this Order, shall take any steps necessary to transfer the Defendant Domain Names to a registrar account of Swarovski's selection.

4. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' websites at the Defendant Domain Names or other websites operated by Defaulting Defendants, including, without limitation, any online marketplace platforms such as iOffer, eBay, AliExpress, Alibaba, Amazon, Wish.com, and Dhgate, web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers, Internet search engines such as Google, Bing and Yahoo, and domain name registrars, including, but not limited to, GoDaddy, Name.com, PDR, and Namecheap, (collectively, the "Third Party Providers") shall within three (3) business days of receipt of this Order:

a. disable and cease providing services being used by Defaulting Defendants, currently or in the future, to engage in the sale of goods using the SWAROVSKI Trademarks;

b. disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the SWAROVSKI Trademarks; and

c. take all steps necessary to prevent links to the Defendant Domain Names identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Domain Names from any search index.

5. Pursuant to 15 U.S.C. § 1117(c)(2), Swarovski is awarded statutory damages from each of the Defaulting Defendants in the amount of two hundred fifty thousand dollars ($250,000) for willful use of counterfeit SWAROVSKI Trademarks on products sold through at least the Defendant Internet Stores. The two hundred fifty thousand dollar ($250,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Amended Complaint and Schedule A.

6. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Alipay, Wish.com, and Amazon Pay, shall within five (5) business days of receipt of this Order, permanently restrain and enjoin any non-U.S. based accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in Schedule A from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

7. All monies, up to the above identified statutory damages award, currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Wish.com, and Amazon Pay, are hereby released to

9

Swarovski as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Wish.com, and Amazon Pay, are ordered to release to Swarovski the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

8. Until Swarovski has recovered full payment of monies owed to it by any Defaulting Defendant, Swarovski shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, Alipay, Wish.com, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, Alipay, Wish.com and Amazon Pay, shall within five (5) business days:

    a. locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibits 3 and 4 to the Declaration of Giulio Paracino, and any e-mail addresses provided for Defaulting Defendants by third parties;

    b. restrain and enjoin such accounts or funds that are not U.S. based from transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c. release all monies, up to the above identified statutory damages award, restrained in Defaulting Defendants' financial accounts to Swarovski as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

9. In the event that Swarovski identifies any additional online marketplace accounts, domain names or financial accounts owned by Defaulting Defendants, Swarovski may send

notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibits 3 and 4 to the Declaration of Giulio Paracino and any e-mail addresses provided for Defaulting Defendants by third parties.

10. The ten thousand dollar ($10,000) cash bond posted by Swarovski, including any interest minus the registry fee, is hereby released to Swarovski or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the cash bond previously deposited with the Clerk of the Court to Swarovski or its counsel by check made out to the Greer Burns & Crain IOLTA account.

This Court, having determined that there is no just reason for delay, orders that this is a Final Judgment against Defaulting Defendants.

DATED: December 13, 2019

John Z. Lee
United States District Judge

# Schedule A

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 1 | xuxtrade.top | 2 | voguenice.com |
| 3 | voguegreat.com | 4 | viptools.online |
| 5 | Venegas Robin | 6 | tsubasa-co.com |
| 7 | Tony Budd | 8 | Tom Hannum |
| 9 | Timothy Stewart | 10 | swarovskioutletde.com |
| 11 | swarovskiosn.com | 12 | swarovskibraceletuk.com |
| 13 | Susan Ruiz | 14 | DISMISSED |
| 15 | sqbtrade.top | 16 | orthostudioapp.com |
| 17 | okmtrade.top | 18 | Natasha Hanson |
| 19 | Myong Miller | 20 | Miriam Fonseca |
| 21 | Malcolm Alvarez | 22 | lotopsale.club |
| 23 | liftedstrength.com | 24 | Leona Villines |
| 25 | Lee Tullos | 26 | kidsongmusicals.com |
| 27 | Kelly Rhoades | 28 | Katherine Thomas |
| 29 | John Magallon | 30 | Jason Thompson |
| 31 | James Muller | 32 | James Evans |
| 33 | James Caples | 34 | Jack Swan |
| 35 | ipekdeniz.com | 36 | hortrade.top |
| 37 | Harvey Scott | 38 | grimadventuresofscally.com |
| 39 | Glenn Thompson | 40 | Fred Stancil |
| 41 | Esther Campbell | 42 | Erica Gomez |
| 43 | Eleanor Thompson | 44 | dornas-lighthouse.com |
| 45 | dmfcompany.com | 46 | Carol Steele |
| 47 | Arthur Mackenzie | 48 | Armando Oliver |
| 49 | Annie Bracy | 50 | anakiewelshcobs.com |
| 51 | akatrade.top | 52 | BOYUTE Official Store |
| 53 | Dance Jocke Watch Store | 54 | Dream-Watch |
| 55 | JON'S GEMSTONE Store | 56 | Lokior Store |
| 57 | Rosediy Official Store | 58 | DISMISSED |
| 59 | ZENHEO Direct Store | 60 | 4L Online Store |
| 61 | AAONE Store | 62 | APDGG1 Store |
| 63 | BANNR Store | 64 | BEYESER Esperar Store |
| 65 | Bili Bili Watch Store | 66 | CC FIRST TRENDY Store |
| 67 | chdm520 Store | 68 | CJJewelry Dropshipping- Store |
| 69 | Computation of firm Store | 70 | cuiyanyun Store |
| 71 | Diminiofficial Store | 72 | Dreamwear Feng Store |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 73 | FACECOO Oorbellen Store | 74 | Fahion watches Store |
| 75 | Fat sisters Store | 76 | DISMISSED |
| 77 | Giemi Silver 925 Store | 78 | DISMISSED |
| 79 | DISMISSED | 80 | High-quality watches Store |
| 81 | iampinkman Store | 82 | JWMUMA Jewelery Store |
| 83 | KAMERAON Jewels Store | 84 | KUFU Store |
| 85 | LanShanChu Wedding company Store | 86 | lapetus good Store |
| 87 | Li Dian Store | 88 | DISMISSED |
| 89 | lwgon Official Store | 90 | MANDERM Official Store |
| 91 | MarshaliWatches Official Store | 92 | Melone Jewelry 123 bangles Store |
| 93 | morey2 Store | 94 | Myeng Store |
| 95 | DISMISSED | 96 | DISMISSED |
| 97 | nices car Store | 98 | pengtong Store |
| 99 | PF Exquisite Watch Store | 100 | Pinotis Watch Store |
| 101 | DISMISSED | 102 | DISMISSED |
| 103 | REDJCK Wedding Decoration Store | 104 | Ring Watch Shop Store |
| 105 | Sean Watch Store | 106 | DISMISSED |
| 107 | Shake Earl Store | 108 | Shop3894040 Store |
| 109 | Shop4234036 Store | 110 | Shop4834205 Store |
| 111 | Shop4842235 Store | 112 | Shop4992168 Store |
| 113 | Shop5020146 Store | 114 | Shop5062012 Store |
| 115 | Shop5069388 Store | 116 | Shop5080339 Store |
| 117 | DISMISSED | 118 | Shop5083401 Store |
| 119 | Shop5090116 Store | 120 | Shop5156107 Store |
| 121 | Shop5235031 Store | 122 | Shop5235048 Store |
| 123 | Shop5235057 Store | 124 | Shop5246111 Store |
| 125 | DISMISSED | 126 | ShowKnight Store |
| 127 | SIDAFU Store | 128 | Sinley Store |
| 129 | SterlingSilver925 Store | 130 | Successories Store |
| 131 | DISMISSED | 132 | UBEST Brooch Store |
| 133 | UIENIE Flagshipp Store | 134 | UIENIE STRAP Store |
| 135 | Upscale girl Store | 136 | DISMISSED |
| 137 | VNWCT Official Store | 138 | DISMISSED |
| 139 | Wannby Store | 140 | Watches factory Store |
| 141 | DISMISSED | 142 | DISMISSED |
| 143 | Yunxing Store | 144 | ZENHEO STRAP Store |
| 145 | ZHUKOU Online Store | 146 | DISMISSED |
| 147 | bonfashcompany | 148 | journey_888 |
| 149 | li_808383 | 150 | lucky0618 |
| 151 | perfect201617 | 152 | wangcai-84 |
| 153 | ymje2017 | 154 | ymkm86 |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 155 | DISMISSED | 156 | Aurore Boreale |
| 157 | DISMISSED | 158 | F·Print |
| 159 | fenghuiluzhuan | 160 | Global International Foreign Trade Co., Ltd. |
| 161 | GMiStore | 162 | jianyu |
| 163 | mila's home | 164 | RUIMO |
| 165 | sanyxiong | 166 | silangzhima |
| 167 | Surprise Happy Store | 168 | TimeZone |
| 169 | topseason | 170 | wangxiaoguo |
| 171 | Wilson company | 172 | zhangtianyucb |
| 173 | DISMISSED | | |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 1 | aliexpress.com/store/108543 | 2 | aliexpress.com/store/2883064 |
| 3 | aliexpress.com/store/1773254 | 4 | aliexpress.com/store/5022076 |
| 5 | aliexpress.com/store/3667058 | 6 | aliexpress.com/store/910054 |
| 7 | DISMISSED | 8 | aliexpress.com/store/4441033 |
| 9 | aliexpress.com/store/4646120 | 10 | aliexpress.com/store/4598009 |
| 11 | aliexpress.com/store/109471 | 12 | aliexpress.com/store/5083405 |
| 13 | aliexpress.com/store/4507074 | 14 | aliexpress.com/store/4969061 |
| 15 | aliexpress.com/store/5130005 | 16 | aliexpress.com/store/5055043 |
| 17 | aliexpress.com/store/1684217 | 18 | aliexpress.com/store/5065123 |
| 19 | aliexpress.com/store/4716034 | 20 | aliexpress.com/store/539377 |
| 21 | aliexpress.com/store/5132004 | 22 | aliexpress.com/store/5147051 |
| 23 | aliexpress.com/store/5063137 | 24 | aliexpress.com/store/5009247 |
| 25 | DISMISSED | 26 | aliexpress.com/store/2964013 |
| 27 | DISMISSED | 28 | DISMISSED |
| 29 | aliexpress.com/store/5063343 | 30 | aliexpress.com/store/4539021 |
| 31 | aliexpress.com/store/4538023 | 32 | aliexpress.com/store/5062128 |
| 33 | aliexpress.com/store/2881375 | 34 | aliexpress.com/store/5074325 |
| 35 | aliexpress.com/store/3675013 | 36 | aliexpress.com/store/5146092 |
| 37 | DISMISSED | 38 | aliexpress.com/store/1211469 |
| 39 | aliexpress.com/store/5063212 | 40 | aliexpress.com/store/923204 |
| 41 | aliexpress.com/store/2910004 | 42 | aliexpress.com/store/5070241 |
| 43 | aliexpress.com/store/4499124 | 44 | DISMISSED |
| 45 | DISMISSED | 46 | aliexpress.com/store/5180017 |
| 47 | aliexpress.com/store/4421044 | 48 | aliexpress.com/store/5063198 |
| 49 | aliexpress.com/store/5051087 | 50 | DISMISSED |
| 51 | DISMISSED | 52 | aliexpress.com/store/2296007 |
| 53 | aliexpress.com/store/4692023 | 54 | aliexpress.com/store/3540004 |
| 55 | DISMISSED | 56 | aliexpress.com/store/1666026 |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 57 | aliexpress.com/store/3894040 | 58 | aliexpress.com/store/4234036 |
| 59 | aliexpress.com/store/4834205 | 60 | aliexpress.com/store/4842235 |
| 61 | aliexpress.com/store/4992168 | 62 | aliexpress.com/store/5020146 |
| 63 | aliexpress.com/store/5062012 | 64 | aliexpress.com/store/5069388 |
| 65 | aliexpress.com/store/5080339 | 66 | DISMISSED |
| 67 | aliexpress.com/store/5083401 | 68 | aliexpress.com/store/5090116 |
| 69 | aliexpress.com/store/5156107 | 70 | aliexpress.com/store/5235031 |
| 71 | aliexpress.com/store/5235048 | 72 | aliexpress.com/store/5235057 |
| 73 | aliexpress.com/store/5246111 | 74 | DISMISSED |
| 75 | aliexpress.com/store/4992160 | 76 | aliexpress.com/store/5102081 |
| 77 | aliexpress.com/store/4414107 | 78 | aliexpress.com/store/5068111 |
| 79 | aliexpress.com/store/126099 | 80 | DISMISSED |
| 81 | aliexpress.com/store/2934080 | 82 | aliexpress.com/store/4461032 |
| 83 | aliexpress.com/store/5000327 | 84 | aliexpress.com/store/2500001 |
| 85 | DISMISSED | 86 | aliexpress.com/store/4413227 |
| 87 | DISMISSED | 88 | aliexpress.com/store/4708028 |
| 89 | aliexpress.com/store/5016085 | 90 | DISMISSED |
| 91 | DISMISSED | 92 | aliexpress.com/store/4005008 |
| 93 | aliexpress.com/store/5062497 | 94 | aliexpress.com/store/4392086 |
| 95 | DISMISSED | 96 | ebay.com/usr/bonfashcompany |
| 97 | ebay.com/usr/journey_888 | 98 | ebay.com/usr/li_808383 |
| 99 | ebay.com/usr/lucky0618 | 100 | ebay.com/usr/perfect201617 |
| 101 | ebay.com/usr/wangcai-84 | 102 | ebay.com/usr/ymje2017 |
| 103 | ebay.com/usr/ymkm86 | 104 | DISMISSED |
| 105 | wish.com/merchant/558e55457d3e754031466e1f | 106 | DISMISSED |
| 107 | wish.com/merchant/583d4d47fef4093edd1fe0ab | 108 | wish.com/merchant/59aa4b6f15da07376b9b6feb |
| 109 | wish.com/merchant/53de0565ff4d6d54eac2852a | 110 | wish.com/merchant/5953b668d4cc346bbd7f12a1 |
| 111 | wish.com/merchant/5968b63d8263382ffc4bb3ee | 112 | wish.com/merchant/5d49003f7ad24207e5ba06ba |
| 113 | wish.com/merchant/5926491c94ddc347d0cadb7f | 114 | wish.com/merchant/5ab35f369c15ff3b5f99fab9 |
| 115 | wish.com/merchant/5affa038f853f45b5b474042 | 116 | wish.com/merchant/56f647393a698c566256a46e |
| 117 | wish.com/merchant/5397f0a15aefb070b4ac9594 | 118 | wish.com/merchant/59e7587f5d6f34136d933970 |
| 119 | wish.com/merchant/58ef6df4b01b0812aa12c53a | 120 | wish.com/merchant/5632254e4ccc530fd36f5bdb |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 121 | wish.com/merchant/5ada9fb5db5f1f1157ee8bb4 | 122 | DISMISSED |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 1 | xuxtrade.top | 2 | voguenice.com |
| 3 | voguegreat.com | 4 | viptools.online |
| 5 | swarovski-milano.com | 6 | tsubasa-co.com |
| 7 | adrianconsulere.com | 8 | denisenegrey.com |
| 9 | klshiymall.com | 10 | swarovskioutletde.com |
| 11 | swarovskiosn.com | 12 | swarovskibraceletuk.com |
| 13 | cleaneatingandi.com | 14 | DISMISSED |
| 15 | sqbtrade.top | 16 | orthostudioapp.com |
| 17 | okmtrade.top | 18 | penelopecouture.com |
| 19 | agenciancd.com | 20 | thecurvysoprano.com |
| 21 | petsittingcanberra.com | 22 | lotopsale.club |
| 23 | liftedstrength.com | 24 | davidgingras.com |
| 25 | aprecisecomfort.com | 26 | kidsongmusicals.com |
| 27 | faytravels.com | 28 | honigpalast.com |
| 29 | rehberandroid.com | 30 | iltuoalbumdifamiglia.com |
| 31 | shlomitours.com | 32 | pyconsultant.com |
| 33 | turqazbeeofgoat.com | 34 | jamimariedesign.com |
| 35 | ipekdeniz.com | 36 | hortrade.top |
| 37 | sweet-claudette.com | 38 | grimadventuresofscally.com |
| 39 | sohanlaltrust.com | 40 | elrustegot-treviso.com |
| 41 | sokarefood.com | 42 | twincitiesmamas.com |
| 43 | katiespizzakit.com | 44 | dornas-lighthouse.com |
| 45 | dmfcompany.com | 46 | reverentpress.com |
| 47 | erinherlebjj.com | 48 | triplepottamus.com |
| 49 | baladesbarcelonaises.com | 50 | anakiewelshcobs.com |
| 51 | akatrade.top | | |